IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALPESH SHAH, derivatively on behalf of PayPal Holdings, Inc., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 22-1445-RGA |
| DANIEL H. SCHULMAN, et al., | : : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, the above-captioned case was stayed on January 11, 2023, due to related litigation pending before the United States District Court for the District of New Jersey (D.I. 10);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related litigation before the United States District Court for the District of New Jersey has been resolved so that this case may be reopened and other appropriate action may be taken.

<u>January 11, 2023</u>　　　　　　　　　　<u>　/s/ Richard G. Andrews　</u>
　　DATE　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE