RIGRODSKY LAW P.A.

Attorneys at Law

www.rl-legal.com

Seth D. Rigrodsky
*Admitted in DE, NY*

Gina M. Serra
*Admitted in CA, DE, NJ, NY, PA*

Vincent A. Licata
*Admitted in NY*

Herbert W. Mondros
*Admitted in DE, PA*

Alex J. Tramontano
*Admitted in CA*

Leah B. Wihtelin
*Admitted in ME, NY*

Zachary McGarry
*Admitted in NY*

November 9, 2026

**<u>VIA ECF</u>**

The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

Re: *Shah v. Schulman, et al.*,
Case No. 1:22-cv-01445-RGA

Dear Judge Andrews,

We represent plaintiff Alpesh Shah ("Plaintiff") in the above-referenced action (the "Action"), and we write on behalf of the parties to respectfully submit this joint status letter pursuant to the Court's November 2, 2026 Minute Order. D.E. 19.

On January 11, 2023, the Court administratively closed the Action in light of the Parties' Joint Stipulation and [Proposed] Order regarding Service of the Complaint and Staying of Proceedings ("Joint Stipulation") based on the pendency of the related securities class action, *Defined Benefit Plan Of The Mid-Jersey Trucking Industry and Teamsters Local 701 Pension and Annuity Fund v. PayPal Holdings, Inc. et al.*, Case No. 3:22-cv-05864-RK-JBD (D.N.J.) (the "Securities Class Action"), in the United States District Court for the District of New Jersey.

On March 21, 2025, the plaintiffs in the Securities Class Action filed an amended complaint. D.E. 90. On August 20, 2025, the defendants in the Securities Class Action filed a motion to dismiss the amended complaint. D.E. 104. On March 31, 2026, the Court issued an Opinion and related Order granting the defendants' motion to dismiss (D.E. 109, 110), and on April 30, 2026, the plaintiffs filed Notices of Appeal from the Opinion and Order (D.E. 111, 112). Briefing in the Third Circuit is expected to be completed by November 13, 2026. The Parties will notify the Court when the appeal has been decided, or in the event of other material developments in the Securities Class Action. We will, of course, continue to provide status updates as directed by the Court.

RIGRODSKY LAW P.A.

Counsel for the Parties are available to promptly respond to any questions or concerns from Your Honor.

Respectfully,

*/s/ Herbert W. Mondros*

Herbert W. Mondros (#3308)

cc: All Counsel of Record (by ECF)